UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **LINDA DAVIS AND PAUL DUNTON,** *as Personal Representatives of the Estate of Myndie Davis, and as Next Friends to I.D. and I.D., Minors,*<br><br>PLAINTIFFS<br><br>v.<br><br>**FORD MOTOR COMPANY,**<br><br>DEFENDANT | CIVIL NO. 1:16-CV-69-DBH |

## ORDER APPROVING MINOR SETTLEMENT

The Court approves the settlement with minors as described in the sealed documents.

**SO ORDERED.**

DATED THIS 15TH DAY OF MAY, 2017

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**